AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Yvon Juste,<br><br>*Plaintiff(s)*<br>v.<br>First Management Services, LLC, and First Student, Inc.,<br><br>*Defendant(s)* | Civil Action No. 22-cv-07183-GRB-LGD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  First Management Services, LLC, and
First Student, Inc.
251 N Main Street
Freeport NY 11520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Abdul Hassan Law Gorup, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

*Concetta Landow*

Date: 11/28/2022

*Signature of Clerk or Deputy Clerk*